# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1939

_____

Robert Fletcher,                              *
                                              *
       Appellant,                        *
                                              *
   v.                                      *
                                              *
State of Nebraska; Nebraska Health &          *    Appeal from the United States
Human Services; Brown County;                 *    District Court for the
Cherry County; Office of Brown                *    District of Nebraska.
County Attorney; Office of Cherry             *
County Attorney; Brown County                 *    [UNPUBLISHED]
Sheriff Department; Cherry County             *
Sheriff Department; Doug Stanton, in          *
his official & individual capacity;           *
Monika Anderson, in her official &            *
individual capacity; Lenone Koenig, in        *
her official & individual capacity;           *
Prairey Walkling, in her official &           *
individual capacity; David Streich, in        *
his official & individual capacity; Eric      *
Scott, in his official & individual           *
capacity; Steve Hapner, in his official       *
& individual capacity; Joe Kreycik, in        *
his official & individual capacity;           *
Benjamin McBride, in his official &           *
individual capacity; City of Valentine,       *
                                              *
       Appellees.                        *

_____

Submitted: October 16, 2009
Filed: December 14, 2009
_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Robert Fletcher appeals the district court's[1] adverse judgment in his 42 U.S.C. § 1983 action. Following our careful de novo review, see McBurney v. Stew Hansen's Dodge City, Inc., 398 F.3d 998, 1001 (8th Cir. 2005), we conclude that Fletcher did not identify any facts creating a triable issue as whether any defendant caused a constitutional injury in the course of investigating allegations of child abuse. See Crossley v. Georgia-Pacific Corp., 355 F.3d 1112, 1113 (8th Cir. 2004) (per curiam) (plaintiff's burden to rebut properly supported summary judgment motion); cf. Monell v. Dep't of Social Servs., 436 U.S. 658, 690-91 & n.55 (1978) (plaintiff seeking to impose § 1983 liability on local government body must show official policy or widespread custom or practice of unconstitutional conduct that caused deprivation of constitutional rights); King v. Fletcher, 319 F.3d 345, 348 (8th Cir. 2003) (Fourth Amendment protection against unreasonable searches does not apply if property owner consents to search); Thomason v. SCAN Volunteer Servs., Inc., 85 F.3d 1365, 1373 (8th Cir. 1996) (child welfare authorities were absolutely immune from liability in civil rights action for their initiation of proceedings related to child abuse, as their role was functionally comparable to that of prosecutor; absolute witness immunity applied to arguably false statements made by case worker in her affidavit). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B. We deny Fletcher's pending motion.

_____

_____

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.